

**Entered on Docket**
**December 04, 2008**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

_____

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
**McCarthy & Holthus, LLP**
811 South Sixth Street
Las Vegas, NV 89101
khintz@mccarthyholthus.com
Phone (702) 685-0329
Fax (866) 339-5691

Attorney for: Secured Creditor, EMC MORTGAGE CORPORATION, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>Steven D. Molasky,<br><br>            Debtor.<br>_____ | ) Case No.: BK-S-08-14517-MKN<br>)<br>) Chapter  11<br>)<br>) DATE: 11/19/2008<br>) TIME:  9:30AM<br>)<br>) ORDER TERMINATING<br>) AUTOMATIC STAY<br>) |

      The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

///

///

M&H File No. NV08-30867<br>BK-S-08-14517-MKN

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 1136 Pinehurst Drive, Las Vegas, NV 89109.

IT IS FURTHER ORDERED Saxon's non-judicial foreclosure sale of the real property which is the subject of this Motion shall not be held prior to January 22, 2009.

IT IS FURTHER ORDERED that Entry of this Order is without prejudice to the Debtor's right to file a motion to re-impose the automatic stay, in the event that the Debtor arranges for a sale of the real property which is the subject of this Motion in conjunction with a separate motion to be filed with this Court or in conjunction with the Debtor's proposed Plan of Reorganization. IT IS SO ORDERED.

Submitted by:

*/s/ Kristin A. Schuler-Hintz*
Kristin A. Schuler-Hintz, Esq.
811 South Sixth Street
Las Vegas, NV 89101
Phone (702) 685-0329

Approved/Disapproved

*Laurel E. Davis, Esq.*
Laurel E. Davis, Esq.
300 South Fourth Street, #1400
Las Vegas, NV 89101
702 692-8000

Approved/Disapproved

*No response received*
GREGORY E GARMAN
3960 HOWARD HUGHES PKY 9TH FLR
LAS VEGAS, NV 89109
(702) 796-5555

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: Gregory E Garman; Laurel Davis

Unrepresented parties appearing: None

/s/ Kristin A. Schuler-Hintz, Esq.
Kristin A. Schuler-Hintz, Esq., SBN 7171

### 

M&H File No. NV08-30867
BK-S-08-14517-MKN