Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
McCarthy & Holthus, LLP
811 South Sixth Street
Las Vegas, NV 89101
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com

Attorney for: Secured Creditor,
EMC Mortgage Corporation, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. BK-S-08-14517-MKN |
| | ) |
| Steven D. Molasky, | ) Chapter 11 |
| | ) |
| | ) NOTICE OF ENTRY OF ORDER |
| Debtor(s). | ) TERMINATING AUTOMATIC STAY |
| | ) |
| | ) HEARING |
| | ) DATE: 11/19/2008 |
| | ) TIME: 9:30AM |
| | ) |
| | ) |

**TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:**

You are hereby notified, pursuant to Local Bankruptcy Rule 9022, that an ORDER TERMINATING AUTOMATIC STAY UNDER 11 USC § 362 (in whole or part) was entered on **12/04/2008.**

On January 2, 2009, I served the foregoing documents described as NOTICE OF ENTRY OF ORDER TERMINATING AUTOMATIC STAY on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR(S)
Laurel E. Davis
ldavis@fclaw.com, mhurtado@fclaw.com

OGANNA M. ATAMOH
oatamoh@nevadafirm.com, bkecf@nevadafirm.com, paltstatt@nevadafirm.com, sliberio@nevadafirm.com, rmoss@nevadafirm.com

JEREMY T BERGSTROM
mbergstrom@mileslegal.com

PETER W BILLINGS
pbillings@fabianlaw.com

TIMOTHY S. CORY
Tim.cory@corylaw.us

ROGER P. CROTEAU
croteaulaw@croteaulaw.com, pamela@croteaulaw.com

GREGORY E. GARMAN
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DUANE H GILLMAN
dhgnotice@djplaw.com

TALITHA B. GRAY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

RICHARD F. HOLLEY
rholley@nevadafirm.com, paltstatt@nevadafirm.com, vnelson@nevadafirm.com, sliberio@nevadafirm.com, bkecf@nevadafirm.com

EDDIE R. JIMENEZ
ecfnvb@piteduncan.com

ROBERT R. KINAS
rkinas@swlaw.com, jmcbee@swlaw.com, jmath@swlaw.com, mfull@swlaw.com, cdossier@swlaw.com, lvdocket@mindspring.com, vcampbell@swlaw.com

JOHN M. NETZORG
john@netzorglaw.com, peggy@netzorglaw.com

BRIAN D. SHAPIRO
ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com, brianshapiroesq@yahoo.com, bshapiro@brianshapirolaw.com, marjorie@brianshapirolaw.com

AMBRISH S. SIDHU
ecfnotices@sidhulawfirm.com

JEFFREY SLOANE
lrost@kssattorneys.com

MICHAEL F. THOMSON
mfnotice@djplaw.com

TRUSTEE – LV – 11
USTPRegion17.lv.ecf@usdoj.gov

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/  Rebekah Mckillip

On January 2, 2009, I served the foregoing documents described as NOTICE OF ENTRY OF ORDER TERMINATING AUTOMATIC STAY on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Steven D. Molasky
One Hughes Center Drive, #1404
Las Vegas, NV 89169

SPECIAL NOTICE
Irwin Molasky
100 City Parkway, Suite 1700
Las Vegas, NV 89106

1992 Irrevocable Trust
c/o Janet L. Chubb
Jones Vargas
100 W. Liberty Street, 12th Floor
PO Box 281
Reno, NV 89501

American Express Bank FSB
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

CitiMortgage, Inc.
Attn: Managing Agent
PO Box 829009
Dallas, TX 75382

Alan Dondero
c/o Janet L. Chubb
Jones Vargas
100 W. Liberty Street, 12th Floor
PO Box 281
Reno, NV 89504

3    File No. NV08-30867/ Case No. BK-S-08-14517-MKN
Notice of Entry of Order

1   Patty Dondero
    c/o Janet L. Chubb
2   Jones Vargas
    100 W. Liberty Street, 12th Floor
3   PO Box 281
    Reno, NV 89504
4

5   EMC Mortgage Corporation
    Attn: Managing Agent/Bankruptcy Department
6   PO Box 293150
    Lewisville, TX 75029-3150
7

8   David A. Geiger
    303 Peachtree Street, NE, Suite 5300
    Atlanta, GA 30308
9

10  Duane H. Gillman
    Durham Jones & Pinegar
11  8831 West Sahara Avenue
    Las Vegas, NV 89117
12

13  Christopher F. Graham
    230 Park Avenue
    New York, NY 10169
14

15  Gary W. Marsh
    McKenna, Long & Aldridge, LLP
16  303 Peachtree Street, NE
    Suite 5300
17  Atlanta, GA 30308

18  PHH Mortgage Corporation
    c/o Malcolm Cisneros
19  2112 Business Center Drive
    Second Floor
20  Irvine, CA 92612

21  Recovery Management Systems Corporation
    25 SE Second Avenue
22  Ingraham Building, Suite 1120
    Miami, FL 33131-1605
23

24  John S. Robson
    Fabian & Clendenin
25  601 South Tenth Street, Suite 102
    Las Vegas, NV 89101

Lawrence S. Rubaum
12011 San Vincente Blvd. #600
Los Angeles, CA 90049

Saxon Mortgage
Attn: Managing Agent
1270 Northland Drive, Suite 200
Mendota Heights, MN 55120

Joshua D. Wayser
2029 Century Park East
Suite 2600
Los Angeles, CA 90067

Wells Fargo Bank, N.A.                    via certified mail
c/o McCalla, Raymer
1544 Old Alabama Road
Bankruptcy Department
Roswell, GA 30076

20 LARGEST UNSECURED CREDITORS
Bank of Nevada                            via certified mail
Attn: Managing Agent
PO Box 26237
Las Vegas, NV 89126-0237

Countrywide Home Loans
Attn: Managing Agent
PO Box 650070
Dallas, TX 75265

Irwin Union Bank                          via certified mail
Attn: Managing Agent
500 Washington street
Columbus, IN 47201

Steven Minigal
289 East Robindale Road
Las Vegas, NV 89123

One Cap Funding Corp.
Attn: Managing Agent
5440 West Sahara Avenue, Third Floor
Las Vegas, NV 89146

Park Corporation
Attn: Managing Agent
6200 Riverside Drive
Cleveland, OH 44135

Redwood Capital Finance Co. LLC
Attn: Managing Agent
222 North Sepulveda Blvd.
El Segundo, CA 90245

Sun West State Bank                                via certified mail
Attn: Managing Agent
5830 West Flamingo Road
Las Vegas, NV 89103

Kenneth Wynn
1717 Enclave
Las Vegas, NV 89134

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Tim Schulz